947 A.2d 710

COMMONWEALTH of Pennsylvania, Appellant

v.

Leroy FEARS, Appellee.

No. 562 CAP.

Supreme Court of Pennsylvania.

April 22, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of April, 2008, the October 15, 2007 order of the Court of Common Pleas of Allegheny County in the above-captioned matter is **VACATED.** *See* Pa.R.Crim.P. 909(B)(2)(a). This matter is **REMANDED** to the Court of Common Pleas of Allegheny County for further proceedings.